Lafayette C. Luttrell, as administrator of the estate of Dorothy Marie Luttrell, deceased, appellant, v. The Chicago, Burlington and Quincy Railroad Company, appellee. Gen. No. 8,522.

Opinion filed October 24, 1933. Rehearing denied December 2, 1933.

Clyde Smith, for appellant. Dixon, Devine, Bracken & Dixon (R. L. Bracken and C. W. Krohl), for appellee; J. C. James, of counsel.

Mr. Justice Huffman delivered the opinion of the court.